DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEROY SINGH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0580

[May 2, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 06-14626-CF-10A.

Leroy Singh, Jasper, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***